UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WILKES,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>UMPQUA BANK,<br><br>　　　　　Defendant. | **Case No. 1:16-cv-01846-LJO-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 13) |

On July 3, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 13.) Both parties have agreed to the dismissal. In light of the stipulation, the case has ended, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　　Dated: **July 6, 2017**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1